IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Diana Bradley, et al.,                :
                                      :
     Plaintiff(s),              :
                                      :  Case Number: 1:10cv760
  vs.                               :
                                      :  Chief Judge Susan J. Dlott
Kevin Miller, et al.,                 :
                                      :
     Defendant(s).              :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 2, 2011 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 19, 2911, hereby ADOPTS said Report and Recommendation.

Accordingly, claims against defendants David Colwell and Midwest Marketing Alliance are **DISMISSED WITHOUT PREJUDICE.**

    IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Chief Judge Susan J. Dlott
                                                    United States District Court