IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Diana Bradley, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv760 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Kevin Miller, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 25, 2012 a Report and Recommendation (Doc. 80).  Subsequently, Defendant Hubert Rials filed objections to such Report and Recommendation (Doc. 83) and plaintiff filed a response to the objections (Doc. 95).

Plaintiffs also filed objections to the Report and Recommendation (Doc. 92).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant Rials' motion to dismiss all claims against him (Doc. 61) is **GRANTED** in part, with the exception of Count VII.  Plaintiffs' claim against Defendant Rials under Count VII, for Conspiracy to violate Ohio's RICO law, will remain pending.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court