## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DIANA BRADLEY, *ET AL.* | : | Case No. 1:10-cv-00760 |
| **Plaintiffs** | : | Judge Black<br>Magistrate Bowman |
| vs. | | |
| KEVIN MILLER, *ET AL.* | : | Order Extending Time to Take Discovery as to Currently Noticed Depositions |
| **Defendants** | : | |

This matter came before the Court in a telephone conference as a result of a discovery impasse concerning scheduling of three depositions noticed for May 29, 2013 and May 31, 2013, respectively.

Having heard the arguments of those counsel who participated in the telephone conference, the Court orders as follows:

The discovery period shall be extended for two weeks for purposes of re-scheduling those depositions already noticed. The new close of discovery, for purposes of taking depositions previously noticed, shall be: **Friday, June 28, 2013.**

IT IS SO ORDERED.

_____  May 24, 2013
Judge Timothy Black                Date: _____