UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DIANA BRADLEY, *et al.*, | : | Case No. 1:10-cv-760 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| KEVIN MILLER, *et al.*, | : | |
| Defendants. | : | |

### ORDER DIRECTING KEVIN MILLER TO APPEAR AT DEPOSITION

This civil case is before the Court on Plaintiff's motion to compel Kevin Miller's attendance at his deposition. (Doc. 165). A Deposition Notice was mailed to Miller on both May 7, 2013 and May 30, 2013, but he failed to appear for the June 4, 2013 deposition as required. (Docs. 127, 146).

As a party to this litigation, **Miller is hereby ORDERED to PERSONALLY APPEAR for his deposition** which is scheduled for **Friday, July 25, 2013, at 9:00 a.m.** The deposition will take place at Aronoff, Rosen & Hunt, 425 Walnut Street, Cincinnati, Ohio 45202. Mr. Miller's failure to appear may result in sanctions including but not limited to being found in contempt of court (Fed. R. Civ. P. 37(b)(1)), default judgment (Fed. R. Civ. P. 37(b)(2)), and/or payment of reasonable expenses, including attorney's fees (Fed. R. Civ. P. (d)(3)).

The Court directs that this Order be sent via both ordinary and certified mail.

**IT IS SO ORDERED.**

Date: 7/1/13

Timothy S. Black
United States District Judge